```
PETER D. KEISLER
Assistant Attorney General
MICHAEL F. HERTZ
RENEE BROOKER
BRIAN R. YOUNG (CSBN A5501009)
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel. 202-353-2265
Fax. 202-305-4117
E-mail: Brian.young4@usdoj.gov

Attorneys for Plaintiff
United States of America
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, | NO. CV 06-1091 JFW (FMOx) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| MORTEZA EGHBAL and MARILYN S. TRUJILLO, | |
| Defendants. | |

The Court, having granted the summary judgment motion of Plaintiff United States of America, based on the Court's determination that there was no genuine issue as to any material fact and that Plaintiff was entitled to judgment as a matter of law;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1. The United States's Motion for Summary Judgment is GRANTED;
2. Judgment is hereby entered in favor of the United States;
3. Defendants Morteza Eghbal and Marilyn Sylvia Trujillo are jointly

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

- 1 -

1 and severally liable for $5,702,664.38 in damages and $148,500 in civil penalties
2 under the False Claims Act, 31 U.S.C. § 3729 *et seq.* plus any post-judgment
3 interest that shall accrue pursuant to 28 U.S.C. § 1961(a)-(b).

4. Defendants Morteza Eghbal and Marilyn Sylvia Trujillo are jointly and severally liable for the United States's costs of suit in an amount to be determined pursuant to the procedures set forth in L.R. 54.

The Clerk is ordered to enter this judgment.

IT IS SO ORDERED this 23 day of February, 2007.

_____
United States District Judge

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

_____

MICHAEL F. HERTZ
RENEE BROOKER
BRIAN R. YOUNG
Attorneys, U.S. Department of Justice
Civil Division

Attorneys for Plaintiff United States of America

-2-

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the United States Department of Justice. My business address is 601 D. Street NW, Washington, D.C. 20004.

On February 15, 2007, I served **the Proposed Judgment** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: February 15, 2007.

Place of mailing:

United States Department of Justice

601 D. Street NW

Washington, DC 20004.

TO:

Lawrence Ecoff, Esq.

Ecoff, Law, and Salomons

280 S. Beverly Drive, Suite 504

Beverly Hills, CA 90212-3908

///

///

1  Michael D. Nasatir, Esq.
2  Nasatir, Hirsch, Podberesky & Genego, APLC
3  2115 Main Street
   Santa Monica, CA 90405
4
5
6     I declare under penalty of perjury under the laws of the
7  United States of America that the foregoing is true and correct.
8     I declare that I am employed in the office of an attorney
   authorized to practice before this court at whose direction the
9  service was made.
10    Executed on:  2-15-07           2007, at Washington D.C.
11
12                                    _____
                                      Sylvia Martin
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28